**DISMISS and Opinion Filed February 3, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00264-CV

**MARK ROSE, Appellant**
**V.**
**ECONOMY & DEVELOPMENT GENERAL TRADING COMPANY US, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20196**

## MEMORANDUM OPINION
Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Osborne

Appellant's brief in this case is overdue. By order dated October 29, 2020, the Court informed appellant the court reporter notified the Court that no record was taken of the hearing held on February 13, 2020, and the appellate record was complete. We ordered appellant to file his brief by November 30, 2020. By postcard dated December 2, 2020, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant

has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200264F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARK ROSE, Appellant

No. 05-20-00264-CV      V.

ECONOMY & DEVELOPMENT
GENERAL TRADING COMPANY
US, LLC, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-20196.
Opinion delivered by Justice
Osborne. Justices Myers and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee ECONOMY & DEVELOPMENT
GENERAL TRADING COMPANY US, LLC recover its costs of this appeal from
appellant MARK ROSE.

Judgment entered February 3, 2021.